**United States Bankruptcy Court**
**District of Delaware**

In re:   Alsip Acquisition, LLC                Case No.    14-_____
                  Debtor

                                                Chapter    11

## LIST OF CREDITORS HOLDING
## TWENTY FIVE LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the twenty-five (25) largest unsecured claims.[1] The list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty-five (25) largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Metropolitan Water Reclamation District 100 East Erie Street Chicago, IL 60611 | Phone: 312-751-5600 Fax: 312-751-6635 | Water Treatment/Utility Company | | $3,320,380 |
| GDF Suez Energy Resources NA 1990 Post Oak Boulevard, Suite 1900 Houston, TX 77056 | Phone: 888-232-6206 | Utility Company | | $2,108,296 |
| BP Canada Energy Marketing Corp. 3464 Solutions Center Chicago, IL 60677 | Harriat Patrick Phone: 713-323-4803 | Utility Company | | $1,241,692 |
| Resolute FB US Inc. 111 Rue Duke Bur. 5000 Montreal, QC H3C 2MI, Canada | Ginger Brown Phone:514-394-3741 Fax: 514-394-2213 | Trade Debt | | $1,088,796 |

---

[1] This information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[2] All claims may be subject to offsets, discounts, reconciliations, credits, and adjustments, which are not reflected on this list.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Prairie Transport<br>6180 W. 1100 N<br>DeMotte, IN 46310 | Phone: 219-964-1116 | Trade Debt | | $814,142 |
| Econsynthetix<br>3365 Mainway<br>Burlington, ON<br>L7M 1A7, Canada | Phone: 866-326-7849<br>Fax: 517-337-7939 | Trade Debt | | $809,992 |
| Waste Management/Recycle America<br>550 Center Avenue<br>Carol Stream, IL 60188 | Phone: 630-752-1610 | Trade Debt | | $797,054 |
| Omya<br>39 Main Street<br>Proctor, VT 05765 | Phone: 800-451-4468 | Trade Debt | | $715,519 |
| Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | Phone: 888-642-6748 | Utility Company | | $669,982 |
| Nationwide Magazine & Book Dist., Inc.<br>3000 East Grauwyler Road<br>Irving, TX 75061 | Phone: 972-438-2123<br>Fax: 972-721-0613 | Trade Debt | | $613,902 |
| ES Express Lines, Inc.<br>13555 Main Street<br>Lemont, IL 60439 | Phone: 708-455-2222<br>Fax: 708-895-1100 | Trade Debt | | $600,680 |
| Imerys<br>100 Mansell Court East<br>Suite 300<br>Atlanta, GA 30368 | Phone: 800-8943-3222<br>Fax: 920-757-6899 | Trade Debt | | $561,602 |
| Zellstoff Celgar Limited Partner<br>700 West Pender Street<br>Vancouver, BC<br>V6C1G8 | Terry MacDonald<br>Phone: 250-365-4217<br>Fax: 250-365-4211 | Trade Debt | | $507,866 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| Styron, LLC<br>409 Ashman Street, Suite 1<br>Midland, MI 48640 | Phone: 440-716-0759<br>Fax: 440-734-6058 | Trade Debt | | $470,085 |
| Voith Paper Fabric & Roll<br>3040 Black Creek Road<br>Wilson, NC 27893 | Phone: 252-265-4300<br>Fax: 252-243-3374 | Trade Debt | | $419,308 |
| American Precision Services, Inc.<br>7110 W. 21st Avenue<br>Gary, IN 46406 | Phone: 219-977-4451<br>Fax: 219-977-4452 | Trade Debt | | $411,583 |
| Norfolk Southern Railway<br>P.O. Box 532888<br>Atlanta, GA 30353 | Phone: 404-529-1382<br>Fax: 404-589-6715 | Trade Debt | | $386,805 |
| Federal International, Inc.<br>7935 Clayton Road<br>St. Louis, MI 63117 | Phone: 314-721-3377<br>Fax: 314-721-2007 | Trade Debt | | $350,526 |
| C. H. Robinson<br>14701 Charlson Road<br>Eden Prairie, MN 55347 | Phone: 855-229-6128 | Trade Debt | | $332,082 |
| Mid-America Paper Recycling Co.<br>3865 W. 41st Street<br>Chicago, IL 60632 | Martin Leibforth<br>Phone: 773-890-5454<br>Fax: 773-890-5757 | Trade Debt | | $315,268 |
| Motion Industries, Inc.<br>1605 Alton Road<br>Birmingham, AL 35210 | Phone: 708-422-2727<br>Fax: 708-422-6328 | Trade Debt | | $264,006 |
| Key West Metal Industries, Inc.<br>13831 S. Kostner Avenue<br>Crestwood, IL 60445 | Phone: 708-371-1470<br>Fax: 708-371-1570 | Trade Debt | | $261,254 |
| | | | | |

3

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Quincy Recyling 526 South 6th Street Quincy, IL 62301 | Phone: 312-928-0643 Fax: 312-928-0644 | Trade Debt | | $244,563 |
| Weavexx Felt 62669 Collections Center Drive Chicago, IL 60693 | Phone: 800-932-8399 | Trade Debt | | $229,886 |
| Continental Paper Grading 1623 S. Lumber Street Chicago, IL 60616 | Phone: 312-226-2010 Fax: 312-226-2025 | Trade Debt | | $215,726 |

4

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Stephen Silver, President of the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 25 Largest Claims and that it is true and correct to the best of my information and belief.

Date November 20 2014                    Signature _____
                                         Stephen Silver
                                         President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

[ALSIP – Twenty Five Largest Unsecured Creditors]