IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
)
ALSIP ACQUISITION, LLC., et al.,[1] )
) Case No. 14-_____ ( )
)
Debtors. )
_____ )

## LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Alsip Acquisition, LLC | FutureMark Holdings, LLC | c/o Watermill Group One Cranberry Hill 750 Marrett Road, Suite 401 Lexington, MA 02421 | 90.75% |
| Alsip Acquisition, LLC | Steven Smith | 1205 Lakeway Drive Lakeway, TX 78734 | 1.85% |
| Alsip Acquisition, LLC | Stephen L. Silver | 100 Wilson Rd #19 Springfield NJ 07081 | 5.55% |
| Alsip Acquisition, LLC | Brendan Lesch | 8 Pond Edge Road Westport, CT 06880 | 1.85% |

## DECLARATION UNDER PENALTY OF PERJURY

I, ____, the undersigned President of Alsip Acquisition, LLC, the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my knowledge, information and belief.

Dated: 11/20, 2014

_____
Stephen Silver
President

---

[1] The Debtors in these proceedings and the last four digits of the Debtors' federal taxpayer identification numbers are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

[Alsip – Equity Security Holders]