IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALSIP ACQUISITION, LLC, et al.,[1] | ) | Case No. 14-12596 (KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | **Re: Docket No. 13** |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE PRIORITY, (III) AUTHORIZING USE OF CASH COLLATERAL, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 21, 2014, Alsip Acquisition, LLC and APCA, LLC, the above-captioned debtors and debtors in possession (each a "Debtor" and together the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 13] (the "Financing Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the Financing Motion the proposed *Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (1) Authorizing Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Priority, (3) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing* (the "Proposed Interim

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification numbers are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

Financing Order"). A copy of the Proposed Interim Financing Order is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the Financing Motion and entry of the Proposed Interim Financing Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **November 24, 2014, at 10:00 a.m. prevailing Eastern Time**. A copy of the Financing Motion may be obtained by contacting the Debtors' undersigned proposed counsel.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors shall serve upon you a complete copy of (a) the Financing Motion, (b) any Interim Financing Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the Financing Motion.

*[The remainder of this page is intentionally left blank]*

DOCS_DE:196264.1 02980/001

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Financing Order before or at the Interim Hearing.

Dated:  November 21, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Colin Robinson (Bar No.5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:  ljones@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

-and-

Richard E. Mikels (BBO No. 345620)
Kevin J. Walsh (BBO No. 629984)
Charles W. Azano (BBO No. 655775)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone.: (617) 542-6000
Facsimile: (617) 542-2241
E-mail:  rmikels@mintz.com
            kwalsh@mintz.com
            cazano@mintz.com

[Proposed] Counsel for Debtors and Debtors in Possession