IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALSIP ACQUISITION, LLC, et al.,[1] | ) | Case No. 14-12596 (KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 24, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions:

    A. Alsip Acquisition, LLC

    B. APCA, LLC

2. Declaration of Stephen L. Silver in Support of First Day Relief [Filed: 11/20/14] (Docket No. 4)

    **Status:** The Declaration will be relied upon as evidentiary support for the first day matters listed below.

    **First Day Administrative and Procedural Motions**

3. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Filed: 11/20/14] (Docket No. 3)

    **Status:** This matter is going forward.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification numbers are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor [Filed: 11/20/14] (Docket No. 5)

   **Status:** This matter is going forward.

5. Debtors' Application for Entry of an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), § 105(a) of the Bankruptcy Code, Bankruptcy Rule 2002(f) and Local Rule 2002-1(f), *Nunc Pro Tunc* to the Petition Date [Filed: 11/20/14] (Docket No. 6)

   **Status:** This matter is going forward.

### First Day Motions Pertaining to Operations and Related Issues

6. Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System; (B) Honor Certain Prepetition Obligations Related Thereto; (C) Maintain Existing Business Forms; and (II) Granting Related Relief [Filed: 11/20/14] (Docket No. 7)

   **Status:** This matter is going forward.

7. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to: (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses; and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief [Filed: 11/20/14] (Docket No. 8)

   **Status:** This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services; (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief [Filed: 11/20/14] (Docket No. 9)

   **Status:** This matter is going forward with respect to an interim order.

9. Debtors' Motion for Entry an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and (B) Honor Any Insurance-Related Obligations in the Ordinary Course of the Debtors' Business and (II) Granting Related Relief [Filed: 11/20/14] (Docket No. 10)

   **Status:** This matter is going forward.

**Debtor-in-Possession Financing Motion**

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 11/21/14] (Docket No. 13)

    **Status:**   This matter is going forward with respect to an interim order.

**Bidding Procedures Motion for Scheduling at First Day Hearing**

11. Debtors' Motion for Orders (A) Establishing Bidding Procedures in Connection With Sale of Certain Real Estate and Equipment of the Debtors; (B) Approving the Form and Manner of Notices; (C) Setting a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances; and (E) Granting Related Relief [Filed: 11/20/14] (Docket No. 11)

    Related Document:

    A.  Motion to Shorten Notice and Request for Hearing with Respect to Debtors' Motion for Orders (A) Establishing Bidding Procedures in Connection With Sale of Certain Real Estate and Equipment of the Debtors; (B) Approving the Form and Manner of Notices; (C) Setting a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances; and (E) Granting Related Relief [Filed: 11/20/14] (Docket No. 12)

    **Status:**   The Debtors have filed a motion to shorten notice and will request that the Court set this matter for a hearing on bidding procedures.

*[The remainder of this page is intentionally left blank]*

Dated:  November 21, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Colin Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ljones@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

-and-

Richard E. Mikels (BBO No. 345620)
Kevin J. Walsh (BBO No. 629984)
Charles W. Azano (BBO No. 655775)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone.: (617) 542-6000
Facsimile: (617) 542-2241
E-mail:  rmikels@mintz.com
            kwalsh@mintz.com
            cazano@mintz.com

[Proposed] Counsel for Debtors and Debtors in Possession