# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ALSIP ACQUISITTION, LLC, *et al.,*[1] | ) ) | Case No. 14-12596 (KJC) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

## MOTION AND ORDER FOR <u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION
## OF STEVEN E. FOX

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission <u>pro</u> <u>hac</u> <u>vice</u> of Steven E. Fox, Esq., of the law firm Riemer & Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, New York 10036, to represent Wells Fargo Bank, National Association in this action.

.
Dated:   November 24, 2014

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/  Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
222 Delaware Avenue, Suite 1601
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
skortanek@wcsr.com

*Co-Counsel for Wells Fargo Bank, National Association*

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer-identification number are as follows: Alsip Acquisition, LLC(Tax ID No. XX-XXX4908); and APCA, LLC (Tax ID No. XX-XXX3005).

WCSR 33280267v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the Northern District of Illinois, and the Southern District of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  November 24, 2014            /s/  *Steven E. Fox*
                                     Steven E. Fox, Esq.
                                     Riemer & Braunstein LLP
                                     Times Square Tower, Suite 2506
                                     Seven Times Square
                                     New York, New York 10036
                                     Telephone:    (212) 789-3100
                                     Facsimile:    (212) 719-0140 fax
                                     E-mail: drothman@riemerlaw.com

                                     *Co-Counsel for Wells Fargo Bank, National Association*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.