IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALSIP ACQUISITION, LLC, et al.,[1] | ) | Case No. 14-12596 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Related Docket Nos. 11 & 40**

**Hearing Date: December 9, 2014 at 4:00 p.m. prevailing Eastern time**
**Objection Deadline: December 8, 2014 at 12:00 p.m. prevailing Eastern time**

## NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDERS (A) ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH SALE OF CERTAIN REAL ESTATE AND EQUIPMENT OF THE DEBTORS; (B) APPROVING THE FORM AND MANNER OF NOTICES; (C) SETTING A SALE HEARING; (D) AUTHORIZING THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; AND (E) GRANTING RELATED RELIEF

TO:    (a) Wells Fargo Bank, National Association as the Debtors' secured lender; (b) the United States Trustee for the District of Delaware; (c) the Office of the Attorney General for the State of Illinois; (d) the Department of Revenue for the State of Illinois and the Internal Revenue Service; (e) the Debtors' secured creditors and lessors that have filed financing statements; (f) the Debtors' twenty-five (25) largest unsecured creditors; (g) the Stalking Horse Bidder; (h) the Unions; (i) all entities known to have expressed an interest in bidding on the Assets; and (j) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that on November 20, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Debtors' Motion for Orders (A) Establishing Bidding Procedures in Connection with Sale of Certain Real Estate and Equipment of the Debtors; (B) Approving the Form and Manner of Notices; (C) Setting a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances; and (E) Granting Related Relief* [Docket No. 11] (the "Motion") with the United

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served on you. If you require another copy of the Motion, please contact the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that on November 24, 2014, the Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Request for Hearing with Respect to Debtors' Motion for Orders (A) Establishing Bidding Procedures in Connection with Sale of Certain Real Estate and Equipment of the Debtors; (B) Approving the Form and Manner of Notices; (C) Setting a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances; and (E) Granting Related Relief* [Docket No. 40] (the "Order Shortening Notice"). A copy of the Order Shortening Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the Motion, if any, must be in writing and filed with the Bankruptcy Court no later than **12:00 p.m. prevailing Eastern time on December 8, 2014.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones, Esq., (b) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C., One Financial Center, Boston, MA 02111, Attn: Kevin J. Walsh, Esq. and Charles W. Azano, Esq., (ii) counsel to Wells Fargo Bank, National Association, Riemer & Branstein LLP, 7 Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn: Steven E. Fox, Esq.; (iii) counsel to any Committee of Unsecured Creditors; and (iv) the Office of the United

States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr., Esq.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 9, 2014 AT 4:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

Dated: November 24, 2014

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
_____
Laura Davis Jones (Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

-and-

Richard E. Mikels (BBO No. 345620)
Kevin J. Walsh (BBO No. 629984)
Charles W. Azano (BBO No. 655775)
Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
E-mail: rmikels@mintz.com
kwalsh@mintz.com
cazano@mintz.com

[Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:196341.1 02980/001