IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALSIP ACQUISITION, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-12596 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

      Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, co-counsel for the Metropolitan Water Reclamation District of Greater Chicago in the above-referenced cases, and on the 24th day of November, 2014, he caused a copy of the following:

**METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE PRIORITY, (III) AUTHORIZING USE OF CASH COLLATERAL, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF [DOCKET NO. 27]**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 25th day of November, 2014.

_____
Notary Public

MICHELLE L. IFILL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 6, 2015

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

{1035.001-W0033630.}

ALSIP ACQUISITION
Objection Service List

**U.S. Mail**
Richard E. Mikels, Esq
Kevin J. Walsh, Esq
Charles W. Azano, Esq
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone.: ( 617) 542-6000
Facsimile: (617) 542-2241

**Hand Delivery**
Laura Davis Jone, Esq
Colin Robinson, Esq
Peter J. Keane, Esq
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**U.S. Mail**
Steven E. Fox, Esq.
Donald E. Rothman, Esq.
RIEMER & BRAUNSTEIN LLP
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036