## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALSIP ACQUISITION, LLC, et al.,[1] | ) | Case No. 14-12596 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket Nos. 13 & 70** |

**Objection Deadline: December 11, 2014 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: December 16, 2014 at 1:30 p.m. (prevailing Eastern time)**

### NOTICE OF FINAL HEARING REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING POSTPETITION FINANCING; (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE PRIORITY; (III) AUTHORIZING USE OF CASH COLLATERAL; (IV) GRANTING ADEQUATE PROTECTION; (V) MODIFYING THE AUTOMATIC STAY; (VI) SCHEDULING A FINAL HEARING AND (VII) GRANTING RELATED RELIEF

TO:    (a) Wells Fargo Bank, National Association as the Debtors' secured lender; (b) the United States Trustee for the District of Delaware; (c) the Office of the Attorney General for the State of Illinois; (d) the Department of Revenue for the State of Illinois and the Internal Revenue Service; (e) the Debtors' secured creditors and lessors that have filed financing statements; (f) the Debtors' twenty-five (25) largest unsecured creditors; (g) the Stalking Horse Bidder; (h) the Unions; and (i) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure.

        **PLEASE TAKE NOTICE** that on November 21, 2014, the above-captioned

debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for*

*Entry of Interim and Final Orders (I) Authorizing Postpetition Financing; (II) Granting Liens*

*and Providing Superpriority Administrative Expense Priority; (III) Authorizing Use of Cash*

*Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay;*

*(VI) Scheduling a Final Hearing and (VII) Granting Related Relief* [Docket No. 13] (the

"Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification numbers are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto as Exhibit A.

  **PLEASE TAKE FURTHER NOTICE** that on November 26, 2014, the Bankruptcy Court entered the *Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (1) Authorizing Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Priority, (3) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing* [Docket No. 70] (the "Interim Order").  A copy of the Interim Order is attached hereto as Exhibit B.

  **PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **December 11, 2014 at 4:00 p.m. prevailing Eastern time.**

  **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones, Esq., (b) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C., One Financial Center, Boston, MA 02111, Attn:  Kevin J. Walsh, Esq. and Charles W. Azano, Esq., (ii) counsel to DIP Lender, Riemer & Braunstein LLP, 7 Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn:  Steven E. Fox, Esq.; (iii) counsel to any Committee of Unsecured Creditors; and (iv) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr., Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 16, 2014, AT 1:30 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

*[Remainder of page intentionally left blank]*

Dated:  November 26, 2014

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:   ljones@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

-and-

Richard E. Mikels (BBO No. 345620)
Kevin J. Walsh (BBO No. 629984)
Charles W. Azano (BBO No. 655775)
Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
E-mail:  rmikels@mintz.com
          kwalsh@mintz.com
          cazano@mintz.com

[Proposed] Counsel for Debtors and Debtors in
Possession

DOCS_DE:196323.1 02980/001

2