**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Alsip Acquisition, *et al.* | : | Case No. 14-12596 (KJC) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

-----------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.    **GDF Suez Energy Resources, NA, Inc.,** Attn: Ray Cunningham, 1990 Post Oak Blvd., #1900, Houston, TX 77056, Phone: 713-636-1980, Fax: 713-636-1601

2.    **ES Express Lines, Inc.,** Attn: David Apanavicius, 13555 Main St., Lemont, IL 60439, Phone: 312-404-7829, Fax: 708-895-1101

3.    **Mid America Paper Recycling Co., Inc.,** Attn: Don Gaines, 3865 West 41st St., Chicago, IL 60632, Phone: 773-890-5454, Fax: 773-890-5757

 

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Timothy J. Fox for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: December 4, 2014

Attorney assigned to this Case: Timothy J. Fox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400