IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALSIP ACQUISITION, LLC, et al.,[1] | ) | Case No. 14-12596 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 9, 2014 AT 3:00 P.M.[2] (EASTERN TIME) BEFORE THE HONORABLE
KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTER GOING FORWARD:**

1. Debtors' Motion for Orders (A) Establishing Bidding Procedures in Connection with Sale of Certain Real Estate and Equipment of the Debtors; (B) Approving the Form and Manner of Notices; (C) Setting a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances; and (E) Granting Related Relief (Filed November 20, 2014; Docket No. 11)

   **Objection Deadline:** December 8, 2014 at 12:00 Noon

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) [signed] Order Shortening Notice and Request for Hearing (Entered November 24, 2014; Docket No. 40)

   (b) Notice of Hearing (Filed November 24, 2014; Docket No. 49)

   **Status:** This matter is going forward.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification numbers are as follows: Alsip Acquisition, LLC (Tax ID No. XX-XXX4908), and APCA, LLC (Tax ID No. XX-XXX3005).

[2] **Please note the hearing time has changed. The Court has rescheduled the hearing start time from 4:00 p.m. (Eastern time) to 3:00 p.m. (Eastern time).**

Dated: December 5, 2014

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*

        Laura Davis Jones (Bar No. 2436)
        Colin R. Robinson (Bar No. 5524)
        Peter J. Keane (Bar No. 5503)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        E-mail: ljones@pszjlaw.com
                crobinson@pszjlaw.com
                pkeane@pszjlaw.com

        -and-

        Richard E. Mikels (BBO No. 345620)
        Kevin J. Walsh (BBO No. 629984)
        Charles W. Azano (BBO No. 655775)
        Mintz, Levin, Cohn, Ferris,
          Glovsky and Popeo P.C.
        One Financial Center
        Boston, Massachusetts 02111
        Telephone: (617) 542-6000
        Facsimile: (617) 542-2241
        E-mail: rmikels@mintz.com
                kwalsh@mintz.com
                cazano@mintz.com

        [Proposed] Counsel for Debtors and Debtors in Possession